IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**PRIMARY PHARMACEUTICALS, INC.,**

    **Plaintiff,**

v.     CIVIL ACTION NO. 1:13-cv-00441- WS-B

**TEVA PHARMACEUTICALS USA,
INC., DEVOS, LTD D/B/A/
GUARANTEED RETURNS, INC. and
FICTITIOUS PARTIES A-B**

    **Defendant.**

### PLAINTIFF, PRIMARY PHARMACEUTICALS, INC.'S, UNCONTESTED MOTION FOR ADDITIONAL TIME

COMES NOW Plaintiff, Primary Pharmaceuticals, Inc. ("Primary"), by and through its undersigned counsel, and files its uncontested motion for time within which to respond to Defendant TEVA Pharmaceuticals USA, Inc.'s ("TEVA") First Set of Requests for Production of Documents, First Set of Interrogatories and First Set of Requests for Admissions propounded to Primary which were served on Plaintiff on October 15, 2013.  [Doc. 7].  Primary's Responses are currently due on October 14, 2013.  Plaintiff would show that it needs additional time to respond to said discovery and requests the Court to extend the time within which Plaintiff is to respond until Friday, November 22, 2013.  Counsel for TEVA consents to the extension of time.

    Respectfully submitted,

    */s/ S. Trent Favre*
    S. Trent Favre (MSB #99578)
    Attorney for Primary Pharmaceuticals, Inc.

OF COUNSEL:
Jones Walker LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL 36602
Phone: (251) 432-1414
Facsimile: (251) 433-1001
kdrey@joneswalker.com

S. Trent Favre, Esq.
JONES WALKER LLP
2510 14th Street, Suite 1125 (39501)
P.O. Box 160
Gulfport, Mississippi 39502-0160
Telephone: (228) 864-3094
Facsimile:  (228) 864-0516


**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 11th day of November, 2013, I electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.


      Joseph P.H. Babington, Esq.
      Patrick Conor Finnegan, Esq.
      Helmsing, Leach, Herlong,
      Newman & Rouse, P.C.
      Post Office Box 2767
      Mobile, Alabama 36652
      jpb@helmsinglaw.com
      pcf@helmsinglaw.com

      Douglas E. Rowe, Esq.
      90 Merrick Avenue, 9th Floor
      East Meadow, New York 11554
      drowe@certilmanbalin.com


      */s/ S. Trent Favre*
      S. Trent Favre (MSB #99578)
      Attorney for Primary Pharmaceuticals, Inc.

{GP025560.1}